IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


BARRY MICHAEL PRATT, JR.                                                    PLAINTIFF

v.                                      Civil No. 1:22-cv-01040-BAB

DEPUTY CEARLY; and
LIEUTENANT BILLY PERRY                                              DEFENDANTS

## JUDGMENT

For the reasons set forth in a memorandum opinion being entered this same day,

Defendants' Motion for Summary Judgment (ECF No. 30) is **GRANTED and this case is**

**DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED this 14th day of September 2023.**


/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE